**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION**

**LOUIS HARRINGTON
ADC # 96313**                                                                                   **PLAINTIFF**

v.                                        1:09CV00009 BSM

**ALEX RUSH, CO-II, North Central Unit,
Arkansas Department of Correction**                                          **DEFENDANT**

**ORDER**

The court has reviewed the proposed findings and recommended disposition submitted by United States Magistrate Judge H. David Young and plaintiff's objections. After carefully considering plaintiff's objections and making a *de novo* review of the record in this case, the court concludes that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety as this court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.    Plaintiff's request for injunctive relief is DENIED;

2.    Plaintiff's complaint is DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted;

3.    All pending motions are DENIED as moot.

DATED this 9th day of June, 2009.

_____
UNITED STATES DISTRICT JUDGE