# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## BATESVILLE DIVISION

**LOUIS HARRINGTON**
**ADC # 96313**                                                                                       **PLAINTIFF**

**v.**                                           **1:09CV00009 BSM**

**ALEX RUSH, CO-II, North Central Unit,**
**Arkansas Department of Correction**                                           **DEFENDANT**

## JUDGMENT

Consistent with the order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITH PREJUDICE.

DATED this 9th day of June, 2009.

_____
UNITED STATES DISTRICT JUDGE